IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00087-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REGINA MOODY,

       Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE
AND FORFEITURE MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment. The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Regina Moody entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Regina Moody's interest in the following is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

a. $688,556.16 in U.S. Currency seized from Bank of America Acct. Ending 2837;

b. $114,461.04 in U.S. Currency seized from Bank of America Acct. Ending 4076;

c. $144,528.63 in U.S. Currency seized from One West Bank Acct. Ending 2273;

d. $386,960.25 in U.S. Currency seized from Ally Bank Acct. Ending 0601;

e. $12,129.18 in U.S. Currency seized from Wells Fargo Bank Acct. Ending 9451;

f. $310,659.10 in U.S. Currency seized from GMAC Bank Acct. Ending 4981;

g. $256,927.84 in U.S. Currency seized from Ally Bank Acct. Ending 9461; and

h. 2009 Honda CRV LX SUV, VIN JHLRE38379C013898;

THAT a further Forfeiture Money Judgment in the amount of $5,488,512.00 is entered against defendant Regina Moody in accordance with 18 U.S.C. § 981(a)(1)(C).

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this 1st day of July, 2013.

BY THE COURT:

*s/John L. Kane*_____
JOHN L. KANE
U.S. District Court Senior Judge