IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00087-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REGINA MOODY,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c), as set forth in the Information returned on February 27, 2013;

THAT a Preliminary Order of Forfeiture was entered on July 1, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time period for any other third-party to file a petition expired on September 7, 2013;

THAT, as of September 16, 2013 no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(c), and 28 U.S.C. § 2461(c), free from the claims of any other party:

    a.    a money judgment in the amount of $5,488,512.00, representing the amount of proceeds obtained as a result of violations of 18 U.S.C. § 1343 and related conduct, less the amount of funds recovered from assets and property that were directly traceable to proceeds obtained as a result of that violation and that have been, or will be, forfeited criminally or civilly, and less the value of any real property voluntarily turned over by the Defendant to the victim directly prior to the date of sentencing; and

    b.    all assets and property identified in the government's seizure warrants numbered as follows: 10-mc-0056 through 10-mc-0062, and 10-mc-0068, namely the following:

        i.    $688,556.16 in U.S. Currency seized from Bank of America Acct. Ending 2837;

        ii.    $114,461.04 in U.S. Currency seized from Bank of America Acct. Ending 4076;

        iii.    $144,528.63 in U.S. Currency seized from One West Bank Acct. Ending 2273;

        iv.    $386,960.25 in U.S. Currency seized from Ally Bank Acct. Ending

      0601;

 v. $12,129.18 in U.S. Currency seized from Wells Fargo Bank Acct. Ending 9451;

 vi. $310,659.10 in U.S. Currency seized from GMAC Bank Acct. Ending 4981;

 vii. $256,927.84 in U.S. Currency seized from Ally Bank Acct. Ending 9461;

 viii. 2009 Honda CRV LX SUV, VIN JHLRE38379C013898;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

SO ORDERED this 17th day of September, 2013.

      BY THE COURT:

      *s/John L. Kane*
      JOHN L. KANE
      United States District Court Senior Judge